# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS P., | : | Case No. 1:21-cv-736 |
|     Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
|     Defendant. | : | |

## ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE PARTIES' JOINT MOTION (Doc. 14)

This case is before the Court on the parties' joint motion for an award of attorney's fees under the Equal Access to Justice Act (the "EAJA"). (Doc. 14). Upon careful consideration, the Court concludes that the parties' joint motion should be and is hereby **GRANTED** in its entirety. Accordingly:

1. Plaintiff is awarded attorney's fees in the amount of $4,600.00 in fees. This award will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 that may be payable in this case.

2. Any fees paid belong to Plaintiff, and not her attorney, and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:   1/6/2023                                          *s/Timothy S. Black*
                                                                                    Timothy S. Black
                                                                                    United States District Judge